

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2014

No. 04-14-00892-CR

**IN RE** Timothy **GAFFNEY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

On December 19, 2014, relator filed a pro se petition for writ of mandamus. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on December 22nd, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010CR1998, styled *The State of Texas v. Timothy Gaffney*, pending in the 144th Judicial District Court, Bexar County, Texas, the Lorina I. Rummel presiding.